No. 02–1028. NORFOLK SOUTHERN RAILWAY CO. *v.* JAMES N. KIRBY, PTY LTD., DBA KIRBY ENGINEERING, ET AL. C. A. 11th Cir. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–750. SMALL *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner to dispense with printing the joint appendix granted.

No. 03–1116. GRANHOLM, GOVERNOR OF MICHIGAN, ET AL. *v.* HEALD ET AL. C. A. 6th Cir.;

No. 03–1120. MICHIGAN BEER & WINE WHOLESALERS ASSN. *v.* HEALD ET AL. C. A. 6th Cir.; and

No. 03–1274. SWEDENBURG ET AL. *v.* KELLY, CHAIRMAN, NEW YORK DIVISION OF ALCOHOLIC BEVERAGE CONTROL, STATE LIQUOR AUTHORITY, ET AL. C. A. 2d Cir. Motion for realignment of the parties and to set a briefing schedule denied.

No. 03–1202. HEWLETT-PACKARD COMPANY EMPLOYEE BENEFITS ORGANIZATION INCOME PROTECTION PLAN *v.* JEBIAN. C. A. 9th Cir.; and

No. 03–1443. HILL *v.* LOCKHEED MARTIN LOGISTICS MANAGEMENT, INC. C. A. 4th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 03–10531. IN RE SHEMONSKY. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 19, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–10669. IN RE PARKER;

No. 03–10697. IN RE ALMEYDA; and

No. 03–10730. IN RE SAMBRANO VILLARREAL. Petitions for writs of habeas corpus denied.

No. 03–1542. IN RE FLEMING ET AL.; and

No. 03–10233. IN RE MCMILLIAN. Petitions for writs of mandamus denied.

No. 03–10007. IN RE MCCORMICK. Petition for writ of prohibition denied.